UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 05-1022-MLB |
| | ) | |
| Defendant No.1: | ) | |
| ONE BUSHMASTER TYPE RIFLE | ) | |
| XM15-E2S, Serial No: L2999981, | ) | |
| | ) | |
| Defendant No. 2: | ) | |
| ONE WINCHESTER RIFLE, MODEL 70, | ) | |
| .7 CALIBER, Serial No: G2352842, | ) | |
| | ) | |
| Defendant No. 3: | ) | |
| 23 ROUNDS OF REMINGTON | ) | |
| AMMUNITION, .223 CALIBER, more | ) | |
| or less, | ) | |
| | ) | |
| Defendant No. 4: | ) | |
| 4 ROUNDS OF REMINGTON | ) | |
| AMMUNITION, .7 CALIBER, more or | ) | |
| less, | ) | |
| | ) | |
| Defendant No. 5: | ) | |
| 356 ROUNDS OF ASSORTED | ) | |
| AMMUNITION, More or less, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## FINAL ORDER OF FORFEITURE

Plaintiff United States of America has moved the Court to enter a default against all persons and

entities for failure to file a claim or answer in this proceeding and for a final order of forfeiture forfeiting the

above defendants to the United States.

IT IS THEREFORE ORDERED that Defendant No. 1: One Bushmaster Type Rifle, model XM15-

E2S, .223 caliber, serial number: L2999981; Defendant No. 2: One Winchester Rifle, Model 70, .7

caliber, serial number: G2352842; Defendant No. 3: 23 rounds of Remington ammunition, .223 caliber;

Defendant No. 4: 4 rounds of Remington ammunition, .7 caliber; and, Defendant No. 5: 356 rounds of

assorted ammunition are hereby forfeited to the United States of America pursuant to 18 U.S.C. 924 (d).

No other persons or entities shall have any interest in said defendants and the United States shall dispose

of said defendants according to law.

SO ORDERED this 25th day of October, 2005.


s/Monti Belot
MONTI L. BELOT
UNITED STATES DISTRICT JUDGE